■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMALL PURDIE, Appellant. [810 NYS2d 685]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered September 9, 2003, convicting him of attempted murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the Supreme Court's admission into evidence of an audiotape of two telephone calls to the 911 emergency number violated his rights under the Confrontation Clause (*see Crawford v Washington*, 541 US 36 [2004]) is not preserved for appellate review (*see People v Cato*, 22 AD3d 863 [2005], *lv denied* 6 NY3d 774 [2006]; *People v Marino*, 21 AD3d 430 [2005], *lv denied* 5 NY3d 883 [2005]). In any event, even if the audiotape contained "testimonial statements" and thus the Supreme Court erred in admitting it (*Crawford v Washington, supra* at 36), any error was harmless (*see People v McBee*, 8 AD3d 500 [2004]).

The defendant's remaining contention is without merit. Adams, J.P., Ritter, Santucci and Lunn, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RACKY RAMCHAIR, Appellant. [810 NYS2d 685]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 29, 2003 (*People v Ramchair*, 308 AD2d 601 [2003]), affirming a judgment of the Supreme Court, Queens County, rendered April 28, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Florio, Miller and Luciano, JJ., concur.